TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:    (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiff
NP Opco, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NP OPCO, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REVOLVER, LLC, an Arizona limited liability company,<br><br>　　　　　　Defendant. | Case No.  2:11-cv-01120-PMP-GWF<br><br>**ORDER GRANTING MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

UPON CONSIDERATION of the motion filed by Plaintiff Opco, LLC ("Opco"), requesting that the Court extend the deadline by which Defendant Revolver, LLC ("Defendant") must file its responsive pleading in this matter by fourteen days, and good cause appearing;

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline by which Defendant must file its responsive pleading in this matter is extended to August 24, 2011.

ENTERED this 9th day of August, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _/s Tamara Beatty Peterson_
    Tamara Beatty Peterson, Esq., Bar No. 5218
    Laura Bielinski, Esq., Bar No. 10516
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada 89106

    Attorneys for Plaintiff
    NP Opco, LLC