TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135

Attorneys for Plaintiff
NP Opco, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NP OPCO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>REVOLVER, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01120-PMP-GWF<br><br>~~(PROPOSED)~~ **ORDER GRANTING MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE (SECOND REQUEST)** |

UPON CONSIDERATION of the motion filed by Plaintiff Opco, LLC ("Opco"), requesting for a second time that the Court extend the deadline by which Defendant Revolver, LLC ("Defendant") must file its responsive pleading in this matter by fourteen days, and good cause appearing;

///

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline by which Defendant must file its responsive pleading in this matter is extended to September 7, 2011.

ENTERED this 23rd day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: ___/s/ Tamara Beatty Peterson___
Tamara Beatty Peterson, Esq., Bar No. 5218
Laura Bielinski, Esq., Bar No. 10516
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

Attorneys for Plaintiff
NP Opco, LLC

15180\6\1576438.1                                   2