TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiff
NP OPCO LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NP OPCO LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> REVOLVER, LLC, an Arizona limited liability company, <br><br> Defendant. | Case No. 2:11-cv-01120-PMP-GWF <br><br> **ORDER GRANTING MOTION TO STAY PROCEEDINGS** |

UPON CONSIDERATION of the Motion filed by Plaintiff NP Opco LLC ("NP Opco"), requesting that the Court stay all proceedings in this case pending Defendant Revolver, LLC's ("Revolver") compliance with the parties' settlement agreement ("Agreement"), and good cause appearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that proceedings in the above-referenced matter shall be stayed until such time as Revolver either (a) satisfies its obligations under the Agreement or (b) breaches the Agreement, whichever occurs sooner, but in

. . .

. . .

. . .

. . .

15180\6\1580014.1

1

1 | no event beyond December 5, 2011, the last day by which Revolver may satisfy its obligations
2 | under the Agreement.
3 | ENTERED this 7th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

8 | Respectfully submitted by:

9 | BROWNSTEIN HYATT FARBER SCHRECK, LLP

11 | By: /s/ Laura E. Bielinski
Tamara Beatty Peterson, Esq., Bar No. 5218
Laura Bielinski, Esq., Bar No. 10516
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorneys for Plaintiff
NP OPCO LLC