UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NP OPCO, LLC, | ) | 2:11-CV-01120-PMP-GWF |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| REVOLVER, LLC, | ) | |
| Defendant. | ) | |

On October 7, 2011, the Court approved a stipulation of the Parties granting their Motion to Stay Proceedings until December 5, 2011 to allow compliance with the Settlement Agreement reached in the case. That deadline having expired, and there being no filings indicating any difficulty with respect to compliance with the Settlement Agreement, and good cause appearing,

**IT IS ORDERED** that this action is hereby dismissed.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge